No. 01–1653. MASON, ON HER OWN BEHALF AND ON BEHALF OF THOSE SIMILARLY SITUATED v. HAMILTON ET AL. C. A. 7th Cir. Certiorari denied. 

No. 01–7293. PUCKETT v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. 

No. 01–10305. STEVENS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. 

No. 02–787. PERNA v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. 

No. 02–801. PENNSYLVANIA DEPARTMENT OF CORRECTIONS v. KOSLOW ET AL. C. A. 3d Cir. Certiorari denied. 

No. 02–816. SADOUX v. WESTMORELAND. C. A. 5th Cir. Certiorari denied. 

No. 02–817. STEAM PRESS HOLDINGS, INC., DBA YOUNG LAUNDRY AND DRY CLEANING, ET AL. v. HAWAII TEAMSTERS AND ALLIED WORKERS UNION, LOCAL 996, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 02–861. MCCLENDON v. CITY OF COLUMBIA, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 02–968. ALLAH v. CITY OF NEW YORK DEPARTMENT OF PARKS AND RECREATION. C. A. 2d Cir. Certiorari denied. 

No. 02–971. MCFARLING v. MONSANTO CO. C. A. Fed. Cir. Certiorari denied. 

No. 02–972. NEW RAILHEAD MANUFACTURING, L. L. C. v. VERMEER MANUFACTURING CO. ET AL. C. A. Fed. Cir. Certiorari denied. 

No. 02–974. DOE, AS NEXT FRIEND OF DOE, A MINOR v. ROSEVILLE COMMUNITY SCHOOLS ET AL. C. A. 6th Cir. Certiorari denied.